**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONIQUE M. WRIGHT, | |
| Plaintiff, | Case No. 1:20-cv-01461 |
| v. | Honorable Charles P. Kocoras |
| GENESIS FINANCIAL SOLUTIONS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MONIQUE M. WRIGHT and the Defendant GENESIS FINANCIAL SOLUTIONS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant GENESIS FINANCIAL SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 29, 2020                    Respectfully Submitted,

MONIQUE M. WRIGHT                            GENESIS FINANCIAL SOLUTIONS, INC.

*/s/ Victor T. Metroff*                      */s/ Morgan I. Marcus (with consent)*
Victor T. Metroff                            Morgan I. Marcus
Mohammed O. Badwan                           Sessions, Fishman, Nathan & Israel
SULAIMAN LAW GROUP, LTD.                     141 W. Jackson Boulevard
2500 South Highland Avenue                   Suite 3550
Suite 200                                    Chicago, Illinois 60604
Lombard, Illinois 60148                      +1 312-578-0985
+1 630-575-8181                              mmarcus@sessions.legal
vmetroff@sulaimanlaw.com
mbadwan@sulaimanlaw.com